14

United States District Court
Southern District of Texas
ENTERED

AUG 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 11 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARIA OLGA GALVAN,<br>    *Plaintiff* | §<br>§<br>§ |
| VS. | §<br>§ CIVIL ACTION NO. B-97-171 |
| PEPSICO, INC. d/b/a PEPSI-COLA<br>COMPANY<br>    *Defendant* | §<br>§<br>§<br>§ |

# ORDER

On this day, the Court came to consider the Joint Motion to Amend Scheduling Order filed by Plaintiff and Defendant. Having found that the motion has merit, the Court

ORDERS that the motion is GRANTED and that all discovery in this case must be completed by October 29, 1998, that all motions must be filed by November 13, 1998, that the final pretrial and settlement conference be set for **Jan. 15**, 1999, at **2:00 p**, the joint pretrial order be filed no later than **12-18-98**, and that the trial on the merits be set for the March 1999 docket call.

Signed this _11_ day of ~~June~~ August 1998.

_____
UNITED STATES DISTRICT JUDGE Magistrate