20

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

DEC 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
MARIA OLGA  GALVAN             *
                               *
VS.                            *    CIVIL ACTION
                               *    NO. B-97-171
PEPSICO, INC., d/b/a           *
PEPSI-COLA COMPANY             *
```

O R D E R

By motion filed December 8, 1998, Plaintiff seeks additional time to respond to Defendant's Motion for Summary Judgment.

The Plaintiff may have until December 28, 1998, to file his response to said motion.

It is so Ordered.

Done at Brownsville, Texas, this _____ day of December, 1998.

Stewart A. Newblatt
United States District Judge